

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00548-CR

Leopoldo **CORTEZ-LEIJA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The court reporter has filed a notification of late reporter's record, requesting an extension to November 21, 2014. We grant the request and ORDER the reporter's record to be filed on or before November 21, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court